ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 03 2026

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| *v.* | **1 : 26 ⁻ CR- 247** |
| ANTHONY BELFORD | |

THE GRAND JURY CHARGES THAT:

**Count One**
(18 U.S.C. § 2261A – Cyberstalking)

At all times relevant to this Indictment:

1. Beginning no later than in or about January 2025 and continuing until at least in or about March 2025, the defendant, **ANTHONY BELFORD**, devised and executed a scheme to create fake social media and email accounts to harass, intimidate, and cause substantial emotional distress to Victim-1.

2. During the 2023-2024 academic year, **BELFORD** and Victim-1 attended College-1.

3. In August 2024, Victim-1 transferred to College-2 in the Northern District of Georgia. **BELFORD** knew that Victim-1 had transferred to College-2.

4. Instagram was a social media application and service that enabled users to, among other things, share photos and videos and communicate with one another through "direct messages." Direct messages can be comprised of text, images, and videos. As of September 2025, Instagram had over 3 billion monthly active users.

5. LinkedIn was a business and employment-oriented social networking platform that is primarily used for professional networking and career development. LinkedIn had over 1 billion registered users as of 2024.

6. Reddit was a news aggregation forum and social media platform. Registered users submit content to the site such as links, text posts, images, and videos, which are then voted up or down ("upvoted" or "downvoted") by other members. Posts are organized by subject into user-created boards called "subreddits."

7. Strava was a popular app and web service for tracking physical activities, such as running, cycling, and hiking, using GPS data to record routes, distance, and other performance metrics. It functions as a social media platform for athletes, allowing users to share their activities, follow friends and other athletes, give "kudos" (likes), leave comments, and join challenges.

8. X was a microblogging and social networking service and one of the world's largest social media platforms.

9. Beginning in or about January 2025 and continuing until at least in or about March 2025, **BELFORD** used multiple social media accounts pretending to be Victim-1 for the purpose of intimidating, harassing, and causing substantial emotional distress to Victim-1. By way of example:

    a. On or about January 25, 2025, **BELFORD** used the Instagram account "@rile_yjoey," which he had created, to send the following message via Instagram to multiple student groups at College-2: "Hello wanted to let you know about a student, [Victim-1] at

[College-2] who in the past has used racial slurs when referring to Black people. I have file [sic] a report against her but wanted to let you know regardless. I have attached an audio file of her saying the N-word in case you wanted to hear it for yourself."

b. In or about February 2025, **BELFORD** created a Reddit account with the handle "Electronic_Abies_504" through which he made multiple posts on a subreddit related to College-2 claiming "racism by a transfer student" at College-2.

c. On or about March 17, 2025, **BELFORD** created the fake Instagram account "IG Account-1," which he made to appear to be Victim-1's Instagram account. On or about that same day, **BELFORD** sent a direct message from IG Account-1 to a student group at College-2 with which Victim-1 was associated that contained an AI-generated nude image of Victim-1.

d. On or about March 18, 2025, **BELFORD** used an X account with the display name "Alex Riddle" and username/handle "@AlexRiddle92041" to post AI-generated nude images of Victim-1.

e. On or about March 19, 2025, **BELFORD** created the fake Instagram account "IG Account-2," which he made appear to be another Instagram account used by or associated with Victim-1. **BELFORD** used the AI-generated nude image of Victim-1 as IG Account-2's profile picture. **BELFORD** also tried to follow one of Victim-1's friends on Instagram using IG Account-2. On or about that same

3

day, Instagram suspended IG Account-2 because **BELFORD** posted the AI-generated nude image of Victim-1.

f.  No later than on or about March 20, 2025, **BELFORD** created a fake LinkedIn profile for Victim-1, which identified Victim-1 as a student at College-2 and used an AI-generated nude image of Victim-1 as its profile picture.

g.  Between on or about March 20 and 26, 2025, **BELFORD** used the Reddit account "Lonely_Ad_9460" to make multiple posts on a subreddit related to College-2. The posts, referencing the fake LinkedIn profile **BELFORD** created containing an AI-generated nude image of Victim-1, stated:

　i.  "Hello I was wondering if any one [sic] else was seeing a photo of a nude women [sic] on LinkedIn."

　ii.  "Is anyone else seeing a photo of a nude women [sic] on LinkedIn"

　iii.  "She is an [redacted] major that works at the [location on College-2's campus] who this post is about"

　iv.  "This may be a bot but in the past I've heard that this person has been racist in the past"

h.  On or about March 20, 2025, **BELFORD** used a Strava account with the handle "Alex Riddle" to follow Victim-1's Strava account. The "Alex Riddle" Strava account used an AI-generated nude image of

4

Victim-1 as a profile photo. This account also posted a comment on one of Victim-1's account, stating "add me back [Victim-1]."

i. On or about March 22, 2025, **BELFORD** created the fake Instagram account "IG Account-3," which he made appear to be another Instagram account used by or associated with Victim-1. On or about that same day, **BELFORD** used IG Account-3 to post on College-2's Muslim Student Association Instagram account: "Save them from becoming child brides/suicide bombers."

j. On or about March 23, 2025, **BELFORD** used a Yahoo email account that he made appear to be used by or associated with Victim-1 to send Victim-1's mother an AI-generated nude image of Victim-1.

k. On or about March 24, 2025, **BELFORD** used the Reddit account "Fantastic-Prompt2264" to post the comment, "Look at what was commented on bsa_[College-2] Instagram page," along with a screenshot of College-2's Black Student Alliance's Instagram page advertising an open house for student housing with a comment, purportedly by Victim-1, stating "Monkey House."

10. As the foregoing illustrates, **BELFORD** engaged in a course of conduct to harass, intimidate, and cause substantial distress to Victim-1 by, among other things, creating fake social media accounts that were purportedly used by Victim-1, repeatedly posting on social media pages affiliated with College-2 students and student groups that Victim-1 was making racist and other

derogatory comments about those students and groups, and posting and distributing AI-generated nude images of Victim-1.

11. Beginning no later than in or about January 2025, and continuing until at least in on or about March 2025, in the Northern District of Georgia and elsewhere, the defendant, **ANTHONY BELFORD**, with the intent to harass and intimidate Victim-1, used interactive computer services, electronic communication services, and electronic communication systems of interstate commerce, including Instagram, LinkedIn, Reddit, and Strava, and any other facility of interstate and foreign commerce, including the Internet, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim-1 and an immediate family member of Victim-1, in violation of Title 18, United States Code, Section 2261A(2)(B).

A _____TRUE_____ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
 *United States Attorney*

/s/ *Alex R. Sistla*
ALEX R. SISTLA
 *Assistant United States Attorney*
Georgia Bar No. 845602

/s/ *Jessica C. Morris*
JESSICA C. MORRIS
 *Assistant United States Attorney*
Georgia Bar No. 100907

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181